B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Massachusetts | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lussier, Richard P** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Richard Lussier; AKA Rick Lussier; AKA Ricky Lussier** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5418** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**26 Oakhill Avenue**<br>**Seekonk, MA**<br>ZIP Code **02771** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bristol** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Lussier, Richard P |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Gail Balser    October 17, 2011 <br> Signature of Attorney for Debtor(s)    (Date) <br> **Gail Balser 028025** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lussier, Richard P** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Richard P Lussier**
Signature of Debtor  **Richard P Lussier**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 17, 2011**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X  **/s/ Gail Balser**
Signature of Attorney for Debtor(s)

**Gail Balser 028025**
Printed Name of Attorney for Debtor(s)

**BK Law Group PC**
Firm Name

**182 N Main Street**
**Attleboro, MA 02703**

Address

                            **Email: gail@bklaw.me**
**(508) 699-2500  Fax: (508) 699-2501**
Telephone Number

**October 17, 2011**
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

| | | |
|---|---|---|
| DEPT OF REVENUE BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON MA 02114 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850 | COASTAL IMAGING ASSOC., INC<br>2527 CRANBERRY HIGHWAY<br>WAREHAM MA 02571-5007 |
| INTERNAL REVENUE SERVICE<br>PO BOX 9112<br>INSOLVENCY GROUP3 STOP 20800<br>BOSTON MA 02203 | CHASE<br>ZWICKER & ASSOCIATES<br>80 MINUTEMAN ROAD<br>ANDOVER MA 01810 | COLLECTION<br>PO BOX 210278<br>BEDFORD TX 76095 |
| REHOBOTH TOWN HALL<br>148 PECK STREET<br>REHOBOTH MA 02769 | CHASE - CC<br>PO BOX 15298<br>WILMINGTON DE 19850 | COLLECTION<br>PO BOX 2036<br>WARREN MI 48090 |
| ST. ANNE'S CREDIT UNION<br>286 OLIVER STREET<br>P.O. BOX 0<br>FALL RIVER MA 02724 | CIRCUIT CITY/CHASE<br>ASSET ACCEPTANCE LLC - REDLINE RECOVERY<br>11675 RAINWATER DR. - STE 350<br>ALPHARETTA GA 30009-8693 | COLLECTION<br>PO BOX 15636<br>WILMINGTON DE 19850 |
| ACTION COLLECTION AGENCY<br>P.O. BOX 902<br>MIDDLEBORO MA 02346-0902 | CITIBANK<br>LUSTIG, GLASER & WILSON,, P.C.<br>P.O. BOX 9127<br>NEEDHAM MA 02492-9127 | HSBC CARD SERVICES - ATLANTIC<br>KREAM&KREAM ROGER MARK SE<br>P.O. BOX 890117<br>EAST WEYMOUTH MA 02189 |
| AMERICAN MEDICAL COLLECTION AGENCY<br>P.O. BOX 1235<br>2269 S.SAW MILL RIVER ROAD-BLDG. 3<br>ELMSFORD NY 10523-0935 | CITIBANK - BUSINESS - ACADEMY COLLECTION<br>ACADEMY COLLECTION - P.O. BOX 16119<br>PHILADELPHIA PA 19114-0119 | IHEARTCOMEDIA CORP - FKA VER<br>AMERICAN RECOVERY SERVICES IN<br>555 ST. CHARLES DRIVE - SUITE10<br>THOUSAND OAKS CA 91360 |
| BANK OF AMERICA - GALAXY PORTFOLIO<br>CAPITAL MGT. SERVICES<br>726 EXCHANGE STREET - STE. 700<br>BUFFALO NY 14210 | CITIBANK - HOME DEPOT<br>LUSTIG, GLASER & WILSON<br>P.O. BOX 9127<br>NEEDHAM MA 02492-9127 | IRS<br>MEMPHIS APPEALS CAMPUS<br>P.O. BOX 622 - STOP 86<br>MEMPHIS TN 38101-0622 |
| BEST BUY - SENTRY CREDIT, INC.<br>SENTRY CREDIT, INC. - P.O. BOX 12070<br>EVERETT WA 98206-2070 | CITIBANK - MCM<br>MIDLAND CREDIT MANAGEMENT<br>P.O. BOX 60578<br>LOS ANGELES CA 90060-0578 | M&T BANK CREDIT SERVICES<br>THE SCHREIBER LAW FIRM, LLC<br>53 STILES ROAD - SUITE A102<br>SALEM NH 03079 |
| CARDIS FURNI<br>PO BOX 94498<br>LAS VEGAS NV 89193 | CITIBANK SD, NA<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY MO 64195 | MASS. DEPT. OF REVENUE<br>P.O. BOX 7021<br>BOSTON MA 02204 |
| CCA-NATIONAL GRID - NCO FINANCIAL<br>NCO FINANCIAL SYSTEMS, INC.<br>P.O. BOX 15740<br>WILMINGTON DE 19850-5740 | CITIBANK THD CONSUMER<br>PO BOX 740281<br>HOUSTON TX 77274 | MIDLAND CREDIT MANAGEMENT<br>PO BOX 939019<br>SAN DIEGO CA 92193 |

NEW BEDFORD MEDICAL ASSOCIATES UROLOGY, INC.
P.O. BOX 848692
BOSTON MA 02284-8692

SALISBURY ASSOC. MED. PRACTICE MGT. CORP
340 MAIN STREET - SUITE 670
WORCESTER MA 01608-1681

PATHOLOGY DIAGNOSTICS, INC.
1030 PRESIDENT AVENUE
FALL RIVER MA 02720

VICTORIA'S SECRET
PO BOX 182124
COLUMBUS OH 43218

PULMONARY CARE PC
1030 PRESIDENT AVENUE
SUITE 210
FALL RIVER MA 02720-5929

WALKER ASSOCIATES, INC.
2 OLIVER STREET
BOSTON MA 02109-4901

ROCKLAND TRUST CO.
KENNETH M. LOMBARD, ESQ.
510 CHAPMAN ST.- P.O.DRAWER 370
CANTON MA 02021

WASTE TECH
137 SUMMER STREET
REHOBOTH MA 02769

ROCKLAND TRUST COMPANY
8A STATION ST
MIDDLEBORO MA 02346

ZALE/CBSD
ATTN.: CENTRALIZED BANKRUPTCY
PO BOX 20363
KANSAS CITY MO 64195

SEARS/CBSD
8725 W. SAHARA AVE
THE LAKES NV 89163

SIMON'S SUPPLY CO., INC.
ROSSI LAW OFFICES, LTD.
28 THURBER BLVD.
SMITHFIELD RI 02917

SOUTHCOAST CARDIAC SURGICAL ASSOCIATES
300 HANOVER STREET
FALL RIVER MA 02720

SOUTHCOAST HOSPITALS GROUP
P.O. BOX 11357
BOSTON MA 02211-1357

TD RCS/BIG FITNESS
1000 MAC ARTHUR BL
MAHWAH NJ 07430